THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT HEARD,  :  <br>  :  <br>   Plaintiff,  :  <br>  :  <br> v.  :  <br>  :  <br> BRIAN OWENS, *et al.*,  :  <br>  :  <br>   Respondent.  :  <br>  :  <br> _____  : | Civil Action  <br> No. 5:09-cv-357 (CAR) |

### ORDER ON RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 9] to dismiss Plaintiff's claims against Defendant Daniel Odum. Petitioner has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's claims against Defendant Odum are hereby **DISMISSED**.

It is SO ORDERED this 9th day of February, 2010.


S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw