# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ROBERT HEARD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-357(MTT) |
| BRIAN OWENS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Order and Recommendation (Doc. 46) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. on the Defendants' Motion to Dismiss (Doc. 21). The Magistrate Judge recommends dismissing the Plaintiff's case for failure to exhaust his administrative remedies. The Plaintiff has objected to the Recommendation (Doc. 48). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Motion to Dismiss (Doc. 21) is **GRANTED**.

**SO ORDERED**, this the 21st day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch