IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ROBERT HEARD, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CIVIL ACTION NO. 5:09-CV-357 (MTT) |
| BRIAN OWENS, *et al.*, | ) |  |
| Defendant. | ) |  |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Reconsider (Doc. 62). For the following reasons, the Motion is denied.

This Plaintiff is attempting to appeal this Court's Order (Doc. 54) dismissing the Plaintiff's case for failure to exhaust his administrative remedies. The Plaintiff wishes to proceed in forma pauperis on appeal. The Plaintiff previously filed a one-paragraph, one-page, hand-written motion. In another Order (Doc. 61), the Court denied the IFP motion because it failed to conform to the requirements of Federal Rule of Appellate Procedure 24(a). The Plaintiff now asks this Court to reconsider its decision. In support of this request, he argues that as a pro se litigant he was not aware of the procedural rules for filing appeals IFP. The Plaintiff is bound to follow the Federal Rules of Appellate Procedure despite his pro se status. As the Eleventh Circuit has held, even though a court is "to give liberal construction to the pleadings of *pro se* litigants, 'we nevertheless have required them to conform to procedural rules.'" *Albra v. Advan, Inc.*, 490 F.3d 826, 829 (11th Cir. 2007). This case is no exception. The Motion to Reconsider (Doc. 62) is **DENIED**.

**SO ORDERED**, this the 12th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch